# EXHIBIT "36"

TAMNY 02/18/2015 1:51 PM

OMB No. 1545-0123

Form **1120S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation
▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s.

**2014**

For calendar year 2014 or tax year beginning _____, ending _____

| | | |
|---|---|---|
| **A** S election effective date **01/01/09** | | Name **TAM-NY, INC.** |
| **B** Business activity code number (see instructions) **445230** | **TYPE OR PRINT** | Number, street, and room or suite no. If a P.O. box, see instructions. **12 PEPI COURT** |
| **C** Check if Sch. M-3 attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code **HAMPTON BAYS    NY 11946** |

**D** Employer identification number

**E** Date incorporated **03/30/2000**

**F** Total assets (see instructions) **$ 28,002**

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No    If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change  **(4)** ☐ Amended return  **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ **2**

Caution. Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a 271,482 | |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 271,482 |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 162,631 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 108,851 |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (see instructions—attach statement) | 5 | |
| 6 | Total income (loss). Add lines 3 through 5 ▶ | 6 | 108,851 |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instructions—attach Form 1125-E) | 7 | 37,880 |
| 8 | Salaries and wages (less employment credits) | 8 | |
| 9 | Repairs and maintenance | 9 | 5,717 |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | 9,000 |
| 12 | Taxes and licenses | 12 | 3,884 |
| 13 | Interest | 13 | 1,323 |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 11,460 |
| 15 | Depletion (Do not deduct oil and gas depletion.) | 15 | |
| 16 | Advertising | 16 | |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions (attach statement)    See Stmt 1 | 19 | 45,008 |
| 20 | Total deductions. Add lines 7 through 19 ▶ | 20 | 114,272 |
| 21 | Ordinary business income (loss). Subtract line 20 from line 6 | 21 | -5,421 |

### Tax and Payments

| | | | |
|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| b | Tax from Schedule D (Form 1120S) | 22b | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | | 22c |
| 23a | 2014 estimated tax payments and 2013 overpayment credited to 2014 | 23a | |
| b | Tax deposited with Form 7004 | 23b | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| d | Add lines 23a through 23c | | 23d |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 24 | |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| 27 | Enter amount from line 26 Credited to 2015 estimated tax ▶    Refunded ▶ | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: **TANJU NUREL**    Date _____    Title **PRESIDENT**

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

| Paid Preparer Use Only | | |
|---|---|---|
| Print/Type preparer's name **ALI C. KURTMER, CPA** | Preparer's signature **ALI C. KURTMER CPA** | Date **02/18/15**  Check ☒ if self-employed  PTIN **P00329138** |
| Firm's name ▶ **Ali C. Kurtmer, C.P.A.** | | Firm's EIN ▶ **11-3437560** |
| Firm's address ▶ **627 Horseblock Rd Ste 1  Farmingville, NY    11738-4207** | | Phone no. **631-732-3538** |

For Paperwork Reduction Act Notice, see separate instructions.    Form **1120S** (2014)

CLIENT'S COPY

DAA

TAMNY 02/18/2015 1:51 PM

Form 1120S (2014)  **TAM-NY, INC.**  ████████████                                                         Page 2

## Schedule B    Other Information (see instructions)

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| 1 | Check accounting method: | a ☐ Cash   b ☒ Accrual | | | | |
| | | c ☐ Other (specify) ▶ | | | | |
| 2 | See the instructions and enter the: | | | | | |
| | a Business activity ▶ **FARM STAND** | b Product or service ▶ **GREEN GROCERY** | | | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | | | | X |
| 4 | At the end of the tax year, did the corporation: | | | | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of restricted stock | | |
| | (ii) Total shares of non-restricted stock ▶ | | |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of stock outstanding at the end of the tax year ▶ | | |
| | (ii) Total shares of stock outstanding if all instruments were executed ▶ | | |
| 6 | Has this corporation filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐ | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 | If the corporation: (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and** (b) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions) ▶ $ | | |
| 9 | Enter the accumulated earnings and profits of the corporation at the end of the tax year. $ | | |
| 10 | Does the corporation satisfy both of the following conditions? | | |
| a | The corporation's total receipts (see instructions) for the tax year were less than $250,000 | | |
| b | The corporation's total assets at the end of the tax year were less than $250,000 | | X |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |
| 11 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| | If "Yes," enter the amount of principal reduction $ | | |
| 12 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | X |
| 13a | Did the corporation make any payments in 2014 that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did the corporation file or will it file required Forms 1099? | X | |

Form **1120S** (2014)

DAA

TAMNY 02/18/2015 1:51 PM

Form 1120S (2014)  TAM-NY, INC.                                                                  Page 3

## Schedule K    Shareholders' Pro Rata Share Items

| | | | | | Total amount |
|---|---|---|---|---|---:|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) | | **1** | -5,421 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | | **2** | |
| | 3a | Other gross rental income (loss) | 3a | | |
| | b | Expenses from other rental activities (attach statement) | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | | **3c** | |
| | 4 | Interest income | | **4** | |
| | 5 | Dividends: a Ordinary dividends | | **5a** | |
| | | b Qualified dividends | 5b | | |
| | 6 | Royalties | | **6** | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | | **7** | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | | **8a** | |
| | b | Collectibles (28%) gain (loss) | 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | | **9** | |
| | 10 | Other income (loss) (see instructions)          Type ▶ | | **10** | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) | | **11** | |
| | 12a | Charitable contributions | | **12a** | |
| | b | Investment interest expense | | **12b** | |
| | c | Section 59(e)(2) expenditures  (1) Type ▶          (2) Amount ▶ | | **12c(2)** | |
| | d | Other deductions (see instructions)          Type ▶ | | **12d** | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) | | **13a** | |
| | b | Low-income housing credit (other) | | **13b** | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | **13c** | |
| | d | Other rental real estate credits (see instructions)    Type ▶ | | **13d** | |
| | e | Other rental credits (see instructions)          Type ▶ | | **13e** | |
| | f | Biofuel producer credit (attach Form 6478) | | **13f** | |
| | g | Other credits (see instructions)          Type ▶ | | **13g** | |
| **Foreign Transactions** | 14a | Name of country or U.S. possession ▶ | | | |
| | b | Gross income from all sources | | **14b** | |
| | c | Gross income sourced at shareholder level | | **14c** | |
| | | Foreign gross income sourced at corporate level | | | |
| | d | Passive category | | **14d** | |
| | e | General category | | **14e** | |
| | f | Other (attach statement) | | **14f** | |
| | | Deductions allocated and apportioned at shareholder level | | | |
| | g | Interest expense | | **14g** | |
| | h | Other | | **14h** | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | | |
| | i | Passive category | | **14i** | |
| | j | General category | | **14j** | |
| | k | Other (attach statement) | | **14k** | |
| | | Other information | | | |
| | l | Total foreign taxes (check one): ▶ ☐ Paid  ☐ Accrued | | **14l** | |
| | m | Reduction in taxes available for credit (attach statement) | | **14m** | |
| | n | Other foreign tax information (attach statement) | | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment | | **15a** | |
| | b | Adjusted gain or loss | | **15b** | |
| | c | Depletion (other than oil and gas) | | **15c** | |
| | d | Oil, gas, and geothermal properties – gross income | | **15d** | |
| | e | Oil, gas, and geothermal properties – deductions | | **15e** | |
| | f | Other AMT items (attach statement) | | **15f** | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income | | **16a** | |
| | b | Other tax-exempt income | | **16b** | |
| | c | Nondeductible expenses | | **16c** | |
| | d | Distributions (attach statement if required) (see instructions) | | **16d** | |
| | e | Repayment of loans from shareholders | | **16e** | |

CLIENT'S COPY

Form **1120S** (2014)

DAA

TAMNY 02/18/2015 1:51 PM

Form 1120S (2014)    **TAM-NY, INC.**    Page 4

## Schedule K    Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| **Other Information** | 17a  Investment income | 17a | |
| | b  Investment expenses | 17b | |
| | c  Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d  Other items and amounts (attach statement) | | |
| **Recon- ciliation** | 18  **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | -5,421 |

## Schedule L    Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 2,221 | | 369 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( | ) | ( | ) |
| 3 | Inventories | | 5,000 | | 5,000 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement)  Stmt 2 | | | | 4,856 |
| 7 | Loans to shareholders | | 5,000 | | 6,621 |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | 22,616 | |
| b | Less accumulated depreciation | ( | ) | ( 11,460 ) | 11,156 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( | ) | ( | ) |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( | ) | ( | ) |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 12,221 | | 28,002 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement)  Stmt 3 | | 301 | | 175 |
| 19 | Loans from shareholders | | 2,525 | | 3,485 |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | 20,370 |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 5,183 | | 5,183 |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | 4,212 | | -1,211 |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | ( | ) | ( | ) |
| 27 | Total liabilities and shareholders' equity | | 12,221 | | 28,002 |

Form **1120S** (2014)

CLIENT'S COPY

DAA

TAMNY 02/18/2015 1 51 PM

Form 1120S (2014)   **TAM-NY, INC.**

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note.** The corporation may be required to file Schedule M-3 (see instructions)

| | | |
|---|---|---|
| 1 | Net income (loss) per books | -5,421 |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14l (itemize): | |
| a | Depreciation $ | |
| b | Travel and entertainment $ | |
| 4 | Add lines 1 through 3 | -5,421 |

| | | |
|---|---|---|
| 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize) | |
| a | Tax-exempt interest $ | |
| 6 | Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize): | |
| a | Depreciation $ | |
| 7 | Add lines 5 and 6 | |
| 8 | Income (loss) (Schedule K, line 18) Line 4 less line 7 | -5,421 |

## Schedule M-2   Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | 4,212 | | |
| 2 | Ordinary income from page 1, line 21 | | | |
| 3 | Other additions | | | |
| 4 | Loss from page 1, line 21 | ( 5,421 ) | | |
| 5 | Other reductions   **Stmt 4** | ( 2 ) | | |
| 6 | Combine lines 1 through 5 | -1,211 | | |
| 7 | Distributions other than dividend distributions | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -1,211 | | |

Form **1120S** (2014)

# CLIENT'S COPY

DAA

TAMNY 02/18/2015 1 51 PM

671114

| | Final K-1 | | Amended K-1 | | OMB No. 1545-0123 |

| **Schedule K-1**<br>**(Form 1120S)** 2014 | | **Part III** | **Shareholder's Share of Current Year Income,**<br>**Deductions, Credits, and Other Items** | | |
|---|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | For calendar year 2014, or tax<br>year beginning _____<br>ending _____ | **1** Ordinary business income (loss)<br>$-2,711$ | | **13** Credits | |
| | | **2** Net rental real estate income (loss) | | | |
| **Shareholder's Share of Income, Deductions,**<br>**Credits, etc.** ▶ See back of form and separate instructions. | | **3** Other net rental income (loss) | | | |
| **Part I** **Information About the Corporation** | | **4** Interest income | | | |
| A Corporation's employer identification number | | **5a** Ordinary dividends | | | |
| B Corporation's name, address, city, state, and ZIP code<br>**TAM-NY, INC.**<br><br>**12 PEPI COURT**<br>**HAMPTON BAYS      NY   11946** | | **5b** Qualified dividends | | **14** Foreign transactions | |
| | | **6** Royalties | | | |
| | | **7** Net short-term capital gain (loss) | | | |
| C IRS Center where corporation filed return<br>**e-file** | | **8a** Net long-term capital gain (loss) | | | |
| **Part II** **Information About the Shareholder** | | **8b** Collectibles (28%) gain (loss) | | | |
| D Shareholder's identifying number | | **8c** Unrecaptured section 1250 gain | | | |
| E Shareholder's name, address, city, state, and ZIP code<br>**TANJU NUREL**<br>**12 PEPI COURT**<br><br>**HAMPTON BAYS** | | **9** Net section 1231 gain (loss) | | | |
| | | **10** Other income (loss) | | **15** Alternative minimum tax (AMT) items | |
| F Shareholder's percentage of stock<br>ownership for tax year          **50.000000** % | | | | | |
| | | | | | |
| | | **11** Section 179 deduction | | **16** Items affecting shareholder basis | |
| | | **12** Other deductions | | | |
| | | | | | |
| For IRS Use Only | | | | | |
| | | | | | |
| | | | | **17** Other information | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | ***** See attached statement for additional information. | | | |

**For Paperwork Reduction Act Notice, see Instructions for Form 1120S.** IRS gov/form1120s                    Schedule K-1 (Form 1120S) 2014

DAA

# Form 1120S Return Summary

For calendar year 2014 or tax year beginning , ending

**TAM-NY, INC.**

**Ordinary Business Income (Loss)**

| | |
|---|---|
| Total income | 108,851 |
| Total deductions | 114,272 |
| Ordinary business income (loss) | -5,421 |

| | |
|---|---|
| **Total S Corporation taxes** | 0 |

**Schedule K, Line 18**

| | |
|---|---|
| Ordinary business income (loss) | -5,421 |
| Net rental real estate income (loss) | |
| Other net rental income (loss) | |
| Interest income | |
| Dividends | |
| Royalties | |
| Short-term capital gain (loss) | |
| Long-term capital gain (loss) | |
| Net Section 1231 gain (loss) | |
| Other income (loss) | |
| Section 179 deduction | |
| Contributions | |
| Investment interest expense | |
| Section 59(e)(2) expenditures | |
| Other deductions | |
| Foreign taxes paid or accrued | |
| Income (loss) reconciliation (Schedule K, Line 18) | -5,421 |

CLIENT'S COPY

| **Schedule L** | | |
|---|---|---|
| | Prior Year | Current Year |
| Assets | 12,221 | 28,002 |
| Liabilities | 12,221 | 28,002 |
| Difference | 0 | 0 |

| **Retained Earnings** | | |
|---|---|---|
| | Schedule L | Schedule M-2 |
| AAA | -5,422 | -1,211 |
| OAA | | |
| UTI | | |
| R.E. Unapprop | 4,211 | 1,731 |
| Total | -1,211 | 520 |

| **Schedule M-1** | |
|---|---|
| Schedule M-1 | -5,421 |
| Schedule K, Line 18 | -5,421 |
| Difference | 0 |

| **Schedule M-3** | |
|---|---|
| Schedule M-3 | |
| Schedule K, Line 18 | |
| Difference | 0 |

| | |
|---|---|
| Total number of shareholders | 2 |
| Total ownership percentage | 100.000000 |

TAMNY TAM-NY, INC.

**Federal Statements**

2/18/2015 1:51 PM

FYE: 12/31/2014

### Statement 1 - Form 1120S, Page 1, Line 19 - Other Deductions

| Description | Amount |
|---|---|
| Automobile Expense | $ 6,581 |
| Bank Service Charges & Credit | 7,344 |
| Insurance | 5,057 |
| Utilities | 6,967 |
| Sanitation | 3,076 |
| Accounting Fees | 3,000 |
| Telephone | 1,645 |
| Office Supplies | 1,360 |
| Freight/Shipping | 16 |
| Lease | 9,962 |
| Total | $ 45,008 |

### Statement 2 - Form 1120S, Page 4, Schedule L, Line 6 - Other Current Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| Prepaid Expenses | $ | $ 4,856 |
| Total | $ 0 | $ 4,856 |

### Statement 3 - Form 1120S, Page 4, Schedule L, Line 18 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| State Tax Payable | $ 175 | $ 175 |
| ACCRUED TAXES | | |
| Accrued FICA/941 | 126 | |
| Total | $ 301 | $ 175 |

### Statement 4 - Form 1120S, Page 5, Schedule M-2, Line 5(a) - Other Reductions

| Description | Amount |
|---|---|
| ROUNDING ADJ | $ 2 |
| Total | $ 2 |

CLIENT'S COPY

TAMNY  TAM-NY, INC.

FYE: 12/31/2014

**Federal Statements**

2/18/2015  1:51 PM

### Statement 5 - Form 1125-A, Line 5 - Other Costs

| Description | Amount |
|---|---|
| SUPPLIES | $ |
| Supplies | 1,030 |
| Total | $ 1,030 |

# CLIENT'S COPY

TAMNY  TAM-NY, INC.

02/18/2015  1:51 PM

**Federal Asset Report**
**Form 1120S, Page 1**

FYE: 12/31/2014

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | PerConv | Meth | Prior | Current |
|-------|-------------|-----------------|------|-------|---------|-------|----------------|---------|------|-------|---------|
| **Listed Property:** | | | | | | | | | | | |
| 1 | 2013 NISSAN VAN | 8/04/14 | 21,986 | | X | | 10,993 | 5  HY | 200DB | 0 | 11,460 |
| | | | 21,986 | | | | 10,993 | | | 0 | 11,460 |
| | **Grand Totals** | | 21,986 | | | | 10,993 | | | 0 | 11,460 |
| | **Less: Dispositions and Transfers** | | 0 | | | | 0 | | | 0 | 0 |
| | **Less: Start-up/Org Expense** | | 0 | | | | 0 | | | 0 | 0 |
| | **Net Grand Totals** | | 21,986 | | | | 10,993 | | | 0 | 11,460 |

# CLIENT'S COPY

TAMNY  TAM-NY, INC.

**AMT Asset Report**
**Form 1120S, Page 1**

02/18/2015  1:51 PM

FYE: 12/31/2014

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|-------|-------------|-----------------|------|-------|---------|-------|----------------|-----|------|------|-------|---------|
| **Listed Property:** | | | | | | | | | | | | |
| 1 | 2013 NISSAN VAN | 8/04/14 | 21,986 | | | X | 10,993 | 5 | HY | 200DB | 0 | 11,460 |
| | | | 21,986 | | | | 10,993 | | | | 0 | 11,460 |
| | **Grand Totals** | | 21,986 | | | | 10,993 | | | | 0 | 11,460 |
| | **Less: Dispositions and Transfers** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 21,986 | | | | 10,993 | | | | 0 | 11,460 |

# CLIENT'S COPY

TAMNY  TAM-NY, INC.

02/18/2015  1:51 PM

# Depreciation Adjustment Report
## All Business Activities

FYE: 12/31/2014

| Form | Unit | Asset | Description | Tax | AMT | AMT Adjustments/ Preferences |
|------|------|-------|-------------|-----|-----|------------------------------|
| **MACRS Adjustments:** | | | | | | |
| Page 1 | 1 | 1 | 2013 NISSAN VAN | 11,460 | 11,460 | 0 |
| | | | | 11,460 | 11,460 | 0 |

# CLIENT'S COPY

TAMNY 02/18/2015 1 51 PM

| Form 1120S | Schedule K-1 Summary Worksheet | 2014 |
|---|---|---|

**Name**

TAM-NY, INC.

Employer Identification Number

| | Shareholder Name | SSN/EIN |
|---|---|---|
| Column A | TANJU NUREL | 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 |
| Column B | MENEKSE NUREL | 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 |
| Column C | | |
| Column D | | |

| | Schedule K Items | Column A | Column B | Column C | Column D | Sch K Total |
|---|---|---|---|---|---|---|
| 1 | Ordinary income | -2,711 | -2,710 | | | -5,421 |
| 2 | Net rental RE inc | | | | | |
| 3c | Net other rental inc | | | | | |
| 4 | Interest income | | | | | |
| 5a | Ordinary dividends | | | | | |
| 5b | Qualified dividends | | | | | |
| 6 | Royalties | | | | | |
| 7 | Net ST capital gain | | | | | |
| 8a | Net LT capital gain | | | | | |
| 8b | Collectibles 28% gain | | | | | |
| 8c | Unrecap Sec 1250 | | | | | |
| 9 | Net Sec 1231 gain | | | | | |
| 10 | Other income (loss) | | | | | |
| 11 | Sec 179 deduction | | | | | |
| 12a | Contributions | | | | | |
| 12b | Invest Interest exp | | | | | |
| 12c | Sec 59(e)(2) exp | | | | | |
| 12d | Other deductions | | | | | |
| 13a,c | Low-inc house 42j5 | | | | | |
| 13b,d | Low-inc house other | | | | | |
| 13e | Qualif rehab exp | | | | | |
| 13f | Rental RE credits | | | | | |
| 13g | Other rental credits | | | | | |
| 13h | Fuel alcohol credit | | | | | |
| 13i | Other credits | | | | | |
| 14b | Gross inc all src | | | | | |
| 14d-f | Total foreign inc | | | | | |
| 14g-k | Total foreign deds | | | | | |
| 14l | Total foreign taxes | | | | | |
| 14m | Reduct in taxes | | | | | |
| 15a | Depr adjustment | | | | | |
| 15b | Adjusted gain (loss) | | | | | |
| 15c | Depletion | | | | | |
| 15d | Inc-oil/gas/geoth | | | | | |
| 15e | Ded-oil/gas/geoth | | | | | |
| 15f | Other AMT Items | | | | | |
| 16a | Tax-exempt interest | | | | | |
| 16b | Other tax-exempt | | | | | |
| 16c | Nonded expense | | | | | |
| 16d | Total property dist | | | | | |
| 16e | Shr loan repmts | | | | | |
| 17a | Investment income | | | | | |
| 17b | Investment expense | | | | | |
| 18 | Income (loss) | -2,711 | -2,710 | | | -5,421 |

CLIENT'S COPY

TAMNY 02/18/2015 1:51 PM

| | **Retained Earnings Reconciliation Worksheet** | **2014** |
|---|---|---|
| Form **1120S** | For calendar year 2014 or tax year beginning _____ , ending _____ | |

| Name | Employer Identification Number |
|---|---|
| TAM-NY, INC. | ▆▆▆▆▆▆▆ |

## Schedule L - Retained Earnings

| | |
|---|---:|
| Retained Earnings - Unappropriated | 4,211 |
| Accumulated Adjustments Account | -5,422 |
| Other Adjustments Account | 0 |
| Undistributed Previously Taxed Income | 0 |
| Schedule L, Line 24 - Retained Earnings | -1,211 |

## Schedule M-2 - Retained Earnings

| | Accumulated Adjustments Account | Other Adjustments Account | Undistributed Previously Taxed Income | Retained Earnings Unappropriated/ Timing Differences | Total Retained Earnings |
|---|---:|---:|---:|---:|---:|
| Beg Yr Bal | 4,212 | 0 | 0 | 0 | 4,212 |
| Ordinary Inc (Loss) | -5,421 | | | | -5,421 |
| Other Additions | | | | | |
| Other Reductions | 2 | | | | 2 |
| Distributions | | | | | |
| End Yr Bal | -1,211 | 0 | 0 | | -1,211 |

CLIENT'S COPY

| Form **1120S** | | Two Year Comparison Worksheet Page 1 | | **2013 & 2014** |
|---|---|---|---|---|

Name
**TAM-NY, INC.**

Employer Identification Number

| | | 2013 | 2014 | Differences |
|---|---|---|---|---|
| **Income** | Gross profit percentage | 29.0126 | 40.0951 | 11.0825 |
| | Net receipts | 399,968 | 271,482 | -128,486 |
| | Cost of goods sold | 283,927 | 162,631 | -121,296 |
| | Gross profit | 116,041 | 108,851 | -7,190 |
| | Net gain (loss) from Form 4797 | | | |
| | Other income (loss) | | | |
| | Total income (loss) | 116,041 | 108,851 | -7,190 |
| **Deductions** | Compensation of officers | 42,000 | 37,880 | -4,120 |
| | Salaries and wages less employment credits | | | |
| | Repairs and maintenance | 3,456 | 5,717 | 2,261 |
| | Bad debts | | | |
| | Rents | 24,000 | 9,000 | -15,000 |
| | Taxes and licenses | 3,913 | 3,884 | -29 |
| | Interest | | 1,323 | 1,323 |
| | Depreciation | | 11,460 | 11,460 |
| | Depletion | | | |
| | Advertising | | | |
| | Pension, profit-sharing, etc., plans | | | |
| | Employee benefit programs | | | |
| | Other deductions | 35,480 | 45,008 | 9,528 |
| | Total deductions | 108,849 | 114,272 | 5,423 |
| | Ordinary business income (loss) | 7,192 | -5,421 | -12,613 |
| **Tax and Payments** | Excess net passive income or LIFO recapture tax | | | |
| | Tax from Schedule D | | | |
| | Total tax | 0 | 0 | 0 |
| | Estimated tax and prior year overpayment credit | | | |
| | Tax deposited with Form 7004 | | | |
| | Credit for federal tax paid on fuels | | | |
| | Refund applied for on Form 4466 | ( )( | ) | |
| | Total payments and credits | | | |
| | Tax due (overpayment) | 0 | 0 | 0 |
| | Estimated tax penalty from Form 2220 | | | |
| | Penalties and interest | | | |
| | Net tax due (overpayment) | 0 | 0 | 0 |
| | Overpayment credited to next year's estimated tax | | | |
| | Overpayment refunded | | | |

CLIENT'S COPY

TAMNY 02/18/2015 1 51 PM

| Form **1120S** | **Two Year Comparison Worksheet Page 2** | **2013 & 2014** |
|---|---|---|

Name

**TAM-NY, INC.**

Employer Identification Number

| | | 2013 | 2014 | Differences |
|---|---|---|---|---|
| **Income (Loss)** | Ordinary business income (loss) | 7,192 | -5,421 | -12,613 |
| | Net rental real estate income (loss) | | | |
| | Other net rental income (loss) | | | |
| | Interest income | | | |
| | Dividends | | | |
| | Royalties | | | |
| | Net short-term capital gain (loss) | | | |
| | Net long-term capital gain (loss) | | | |
| | Net Section 1231 gain (loss) | | | |
| | Other income (loss) | | | |
| **Deductions** | Section 179 deduction | | | |
| | Charitable contributions | | | |
| | Investment interest expense | | | |
| | Section 59(e)(2) expenditures | | | |
| | Other deductions | | | |
| **Credits** | Low-income housing credit (Section 42(j)(5)) | | | |
| | Low-income housing credit (other) | | | |
| | Qualified rehabilitation expenditures (rental real estate) | | | |
| | Other rental real estate credits | | | |
| | Other rental credits | | | |
| | Biofuel producer credit | | | |
| | Other credits | | | |
| **Foreign Transactions** | Total foreign gross income | | | |
| | Total foreign deductions | | | |
| | Total foreign taxes | | | |
| | Reduction in taxes available for credit | | | |
| **AMT Items** | Post-1986 depreciation adjustment | | | |
| | Adjusted gain or loss | | | |
| | Depletion (other than oil and gas) | | | |
| | Oil, gas, and geothermal properties-gross income | | | |
| | Oil, gas, and geothermal properties-deductions | | | |
| | Other AMT items | | | |
| **Items Affecting S/H Basis** | Tax-exempt interest income | | | |
| | Other tax-exempt income | | | |
| | Nondeductible expenses | 404 | | -404 |
| | Distributions | | | |
| | Repayment of loans from shareholders | | | |
| **Other Information** | Investment income | | | |
| | Investment expenses | | | |
| | Dividend distributions paid from accumulated E&P | | | |
| | Income (loss) (if Schedule M-1 is required) | 7,192 | -5,421 | -12,613 |

CLIENT'S COPY

| Form **1120S** | Two Year Comparison Worksheet Page 3 | | | **2013 & 2014** |
|---|---|---|---|---|

Name: **TAM-NY, INC.**

Employer Identification Number

| | | 2013 | 2014 | Differences |
|---|---|---|---|---|
| **Schedule L** | Beginning assets | 5,106 | 12,221 | 7,115 |
| | Beginning liabilities and equity | 5,106 | 12,221 | 7,115 |
| | Ending assets | 12,221 | 28,002 | 15,781 |
| | Ending liabilities and equity | 12,221 | 28,002 | 15,781 |
| **Schedule M-1** | Net income (loss) per books | 6,788 | -5,421 | -12,209 |
| | Taxable income not on books | | | |
| | Book expenses not deducted | 404 | | -404 |
| | Income on books not on return | | | |
| | Return deductions not on books | | | |
| | Income (loss) per return | 7,192 | -5,421 | -12,613 |
| **Schedule M-2 AAA** | Balance at beginning of year | -2,577 | 4,212 | 6,789 |
| | Ordinary income (loss) from page 1 | 7,192 | -5,421 | -12,613 |
| | Other additions | 1 | | -1 |
| | Other reductions | 404 | 2 | -402 |
| | Distributions other than dividend distributions | | | |
| | Balance at end of year | 4,212 | -1,211 | -5,423 |
| **Schedule M-2 OAA** | Balance at beginning of year | | | |
| | Other additions | | | |
| | Other reductions | | | |
| | Distributions other than dividend distributions | | | |
| | Balance at end of year | | | |
| **Schedule M-2 PTI** | Balance at beginning of year | | | |
| | Distributions other than dividend distributions | | | |
| | Balance at end of year | | | |
| **Schedule M-3** | Total income (loss) items: | | | |
| | Income (loss) per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Income (loss) per tax return | | | |
| | Total expense/deduction items: | | | |
| | Expense per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Deduction per tax return | | | |
| | Other items with no differences: | | | |
| | Income (loss) per income statement | | | |
| | Income (loss) per tax return | | | |
| | Reconciliation totals: | | | |
| | Income (loss) per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Income (loss) per tax return | | | |

CLIENT'S COPY

TAMMY 02/16/2015 1:51 PM

**Form 1120S**

# Tax Return History Report Page 1

**2014**

Name
**TAM-NY, INC.**

Employer Identification Number

| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 Projected |
|---|---|---|---|---|---|---|
| Net receipts | 369,327 | 369,912 | 347,043 | 399,968 | 271,482 | 271,482 |
| Cost of goods sold | 277,940 | 273,625 | 232,297 | 283,927 | 162,631 | 162,631 |
| Gross profit | 91,387 | 96,287 | 114,746 | 116,041 | 108,851 | 108,851 |
| Gross profit percentage | 24.7442 | 26.0297 | 33.0639 | 29.0126 | 40.0951 | 40.0951 |
| Other income (loss) | | | | | | |
| Total income (loss) | 91,387 | 96,287 | 114,746 | 116,041 | 108,851 | 108,851 |
| Officer compensation | 42,000 | 51,900 | 42,000 | 42,000 | 37,880 | 37,880 |
| Salaries and wages | | | | | | |
| Bad debts | | | | | | |
| Taxes and licenses | 4,497 | 4,883 | 3,876 | 3,913 | 3,884 | 3,884 |
| Interest | 9 | | | | 1,323 | 1,323 |
| Depreciation | | | | | 11,460 | 11,460 |
| Depletion (other than oil and gas) | | | | | | |
| Pension and employee benefits | | | | | | |
| Other deductions | 41... | 10,672 | 04,8_9 | 08,_49 | 59,725 | 59,725 |
| Total deductions | 8... | 11,385 | | 7,192 | 114,272 | 114,272 |
| Ordinary business income (loss) | | | | | -5,421 | -5,421 |



Total Income (Loss)

$124,000
$111,000
$98,000
$85,000

2010  2011  2012  2013  2014  2015 (Projected)

Taxable Income

$9,500
$0
-$9,500
-$19,000

2010  2011  2012  2013  2014  2015 (Projected)

Total Deductions

$122,000
$108,000
$94,000
$80,000

2010  2011  2012  2013  2014  2015 (Projected)

Ordinary Business Income

$9,500
$0
-$9,500
-$19,000

2010  2011  2012  2013  2014  2015 (Projected)

CLIENTS COPY

TAMMY 02/16/2015 1:51 PM

| Form **1120S** | | Tax Return History Report Page 2 | | | | | **2014** |
|---|---|---|---|---|---|---|---|

**Name** TAM-NY, INC.

Employer Identification Number

| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 Projected |
|---|---|---|---|---|---|---|
| Ordinary business income (loss) | 4,067 | -11,385 | 9,917 | 7,192 | -5,421 | -5,421 |
| Total rental income (loss) | | | | | | |
| Interest, dividends and royalties | | | | | | |
| Total capital gain (loss) | | | | | | |
| Section 1231 gain (loss) | | | | | | |
| Other income (loss) | | | | | | |
| Section 179 deduction | | | | | | |
| Charitable contributions | 335 | | 70 | | | |
| Other deductions | | | | | | |
| Total foreign taxes | | | | | | |
| S Corporation taxable income (loss) | 3,732 | -11,385 | 9,847 | 7,192 | -5,421 | -5,421 |
| Total assets | 8,077 | 13,263 | 5,106 | 12,221 | 28,002 | |
| Total liabilities | 2,467 | 19,223 | 2,500 | 2,826 | 24,030 | |
| Net equity | 5,610 | -5,960 | 2,606 | 9,395 | 3,972 | |
| S Corporation book income (loss) | | | | | -5,421 | |
| Accumulated adjustments account | | -1,570 | 8,556 | 6,789 | -5,422 | |
| Retained earnings unappropriated | | 427 | | -2,377 | 4,211 | |
| Distributions from S Corporation earnings | | | | | | |
| Dividend distributions | | | | | | |

CLIENT'S COPY



**Total Assets**

$36,000
$24,000
$12,000
$0

2010  2011  2012  2013  2014  2015 (Projected)



**Accumulated Adjustments Account**

$9,500
$0
-$9,500
-$17,000

2010  2011  2012  2013  2014  2015 (Projected)



**Total Liabilities**

$30,000
$20,000
$10,000
$0

2010  2011  2012  2013  2014  2015 (Projected)



**Distributions**

$30
$20
$10
$0

2010  2011  2012  2013  2014  2015 (Projected)

TAMNY TAM-NY, INC.

**Federal Statements**

2/18/2015  1:51 PM

FYE: 12/31/2014

### Form 1120S, Page 1, Line 1a - Gross Receipts or Sales

| Description | Amount |
|---|---|
| Sales | $ 271,482 |
| Total | $ 271,482 |

### Form 1120S, Page 1, Line 12 - Taxes and Licenses

| Description | Amount |
|---|---|
| Licenses | $ 69 |
| Taxes | 3,640 |
| State Taxes | 175 |
| Total | $ 3,884 |

### Form 1120S, Page 1, Line 13 - Interest

| Description | Amount |
|---|---|
| Interest Expense | $ 1,323 |
| Total | $ 1,323 |

### Form 1120S, Page 4, Schedule L, Line 3 - Inventories

| Description | Beginning of Year | End of Year |
|---|---|---|
| Inventory | $ 5,000 | $ 5,000 |
| Total | $ 5,000 | $ 5,000 |

### Form 1120S, Page 4, Schedule L, Line 7 - Loans to Shareholders

| Description | Beginning of Year | End of Year |
|---|---|---|
| Loans Receivable - T&A NY | $ 5,000 | $ 5,000 |
| Loan Receivable From Sharehol | | 1,621 |
| Total | $ 5,000 | $ 6,621 |

### Form 1120S, Page 4, Schedule L, Line 19 - Loans from Shareholders

| Description | Beginning of Year | End of Year |
|---|---|---|
| Shareholder L/P | $ 2,525 | $ 3,485 |
| Total | $ 2,525 | $ 3,485 |

CLIENT'S COPY

TAMNY TAM-NY, INC.

███████

FYE: 12/31/2014

**Federal Statements**

2/18/2015  1:51 PM

## Form 1120S, Page 4, Schedule L, Line 20 - Mortgages, Notes, Bonds Payable in One Year or More

| Description | Beginning of Year | End of Year |
|---|---|---|
| Loan Payable - Nissan | $ | $       20,370 |
| Total | $              0 | $       20,370 |

# CLIENT'S COPY