UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

                                     Index No. 17-71200 (AST)

TANJU NUREL,

                                     Chapter 11

                  Debtor.
-----------------------------------------------------------------X

## ORDER EXTENDING THE TIME TO ASSUME OR REJECT UNEXPIRED LEASES

Upon the motion (the "Motion") of Tanju Nurel (the "Debtor"), the above-referenced debtor and debtor-in-possession, by and through his counsel, Macco & Stern, LLP, for an order extending the Debtors' time to assume or reject unexpired leases of non-residential real property pursuant to §365 or title 11, United States Code (the "Bankruptcy Code"); and the affidavit of service of the Motion, on file with the Court; and additional service being neither necessary nor required; and no objections to relief requested in the Motion or this order having been filed or received; and good and sufficient cause appearing; and it being in the best interests of the Debtors' creditors; it is hereby

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the time for the Debtors to assume or reject unexpired leases of non-residential real property is extended for ninety (90) days until September 28, 2017.