LAW OFFICES

# MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

190 WILLIS AVENUE, MINEOLA, NY 11501

TELEPHONE: (516) 747-0300

FACSIMILE: (516) 747-0653

INTERNET: www.meltzerlippe.com

*Video Conference Facilities*

May 9, 2017

**Via ECF**

Honorable Alan S. Trust
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, New York 11722

    Re: **In re Tanju Nurel**
         <u>**Case No.: 8-17-71200-ast**</u>

Dear Judge Trust:

    We are counsel to 226 East Montauk Highway Corporation, the Landlord to the Debtor under the 2011 lease between the parties with respect to the commercial premises located at 226 East Montauk Highway, Hampton Bays, New York. We write to advise the Court that the trial of the landlord-tenant proceeding pending between the Debtor and the Landlord has been scheduled to commence at 9:00 a.m. on May 19th.

    We write to inform the Court of this trial date since there are two open items on the docket that concern that trial: (i) the non-compliance of the Debtor as to the April 27, 2017 Order of this Court granting the Landlord's motion to lift stay in part (and thus, according to its terms, providing for the issuance of an "Order entered without a hearing" vacating the automatic stay "in its entirety" as to the proceeding pending in the Town of Southampton Justice Court; and (ii) the Debtor's application for permission to retain Sharon Silver, Esq. as his counsel for that proceeding.

                                                         Very truly yours,

                                                          *[signature]*

TJM:dlf                                                    Thomas J. McGowan
Enclosure

cc:    Alfred M. Dimino, Esq.
        Cooper Macco, Esq.

