UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW YORK

In re _Nurel Tanju_
      Debtor

Case No. _17 - 71 200 (AST)_

Reporting Period: _APRIL 2017_

Federal Tax I.D. # _xxx-xx-6946_

MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | |
|   Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | ✓ | |
|   Copies of bank statements | | ✓ | |
|   Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | | |
| Balance Sheet | MOR-3 | | |
| Status of Post-petition Taxes | MOR-4 | | |
|   Copies of IRS Form 6123 or payment receipt | | | |
|   Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | |
|   Listing of aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Debtor Questionnaire | MOR-5 | | |

declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
re true and correct to the best of my knowledge and belief.

_(signature)_

ignature of Debtor

Date _5/16/17_

ignature of Joint Debtor

Date

gnature of Authorized Individual*

Date

inted Name of Authorized Individual

Title of Authorized Individual

uthorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or
ember if debtor is a limited liability company.

FORM MOR
(10/00)

In re Nurel Tanju
_____
Debtor

Case No. 17-71200 (AST)
Reporting Period: APRIL 2017

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER *(ATTACH LIST)* | | | | | | | | |
| TRANSFERS *(FROM DIP ACCTS)* | | | | | | | | |
| TOTAL RECEIPTS | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER *(ATTACH LIST)* | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS *(TO DIP ACCTS)* | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

## THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | |

FORM MOR-1
(10/00)

In re Nurel Tangu
_____
Debtor

Case No. 17-71200(AST)
Reporting Period: APRIL 2017

## BANK RECONCILIATIONS

Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

|  | Operating | # | Payroll | # | Tax | # | Other |
|---|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | 11,324.95 | | | | | | |
|  | | | | | | | |
| **BANK BALANCE** | | | | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)*: e.g. (1,000) | | | | | | | |
| OTHER  *(ATTACH EXPLANATION)* | | | | | | | |
|  | | | | | | | |
| **ADJUSTED BANK BALANCE \*** | | | | | | | |

*"Adjusted Bank Balance" must equal "Balance per Books "

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

THER

In re _Nurel Tongu_
_____
Debtor

Case No. _17-71200 (AST)_
Reporting Period: _APRIL 2017_

### STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | | |
| Less: Returns and Allowances | | |
| Net Revenue | | |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) DIP Checkbook Order | (26.05) | |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) Sub Rent & Salary | 6,600 | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U S Trustee Quarterly Fees | (325.00) | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $6,248.95 | |

*"Insider" is defined in 11 U.S.C. Section 101(31)

FORM MOR-2
(10/00)

In re: Nurel Tonju
Debtor

Case No. 17-71200 (AST

Reporting Period: APRIL 2017

STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | | Month | Cumulative Filing to Date |
|---|---|---|---|
| Other Costs | | | |
| DIP Checkbook | | ($26.05) | |
| | | | |
| | | | |
| | | | |
| Other Operational Expenses | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Income | | | |
| Sub-Rent from TAM-NY | | $4,800 | |
| Salary from TAM-NY | | $1,800 | |
| | | | |
| | | | |
| Other Expenses | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Reorganization Expenses | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

eorganization Items - Interest Earned on Accumulated Cash from Chapter 11:
nterest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a
organization item.

In re. _Nurel Tanju_
Debtor

Case No. _17- 71200 (AST)_
Reporting Period: _APRIL 2017_

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| CURRENT ASSETS | | |
| Unrestricted Cash and Equivalents | | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| TOTAL CURRENT ASSETS | | |
| PROPERTY AND EQUIPMENT | | |
| Real Property and Improvements | 750,000 | 750,000 |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | 20,000 | 20,000 |
| Vehicles | 3,500 | 3,500 |
| Less   Accumulated Depreciation | | |
| TOTAL PROPERTY & EQUIPMENT | 773,500 | 773,500 |
| OTHER ASSETS | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| TOTAL OTHER ASSETS | 773,500 | 773,500 |
| | | |
| TOTAL ASSETS | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition) | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | $5,700.89 | |
| Secured Debt / Adequate Protection Payments | $1,900.00 | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Post-petition Liabilities (attach schedule) | | |
| TOTAL POST-PETITION LIABILITIES | $7,600.89 | |
| LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) | | |
| Secured Debt | $527,850.47 | $527,850.47 |
| Priority Debt | | |
| Unsecured Debt | $396,101.04 | $396,101.04 |
| TOTAL PRE-PETITION LIABILITIES | $923,951.51 | $923,951.51 |
| | | |
| TOTAL LIABILITIES | | |
| OWNER EQUITY | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Post-petition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Post-petition Contributions (attach schedule) | | |
| NET OWNERS' EQUITY | | |
| | | |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $931,552.40 | |

"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3
(10/00)

In re: NUREL Tany
_____
Debtor

Case No. 17 - 71200 (AST)

Reporting Period: APRIL 2017

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Assets | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Post-petition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owners' Equity | | |
| | | |
| | | |
| | | |
| | | |
| Post-petition Contributions | | |
| | | |
| | | |
| | | |
| | | |

estricted Cash: Cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re _Nurel Tanju_
     Debtor /

Case No. _17- 71200 (AST)_
Reporting Period: _APRIL 2017_

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax | Amount Withheld or | Amount Paid | Date Paid | Check No. or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Post-petition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

_____

FORM MOR-4
(10/00)

In re _Nurel, Tanju_
      Debtor

Case No. _17 - 71200 (AST)_

Reporting Period: _APRIL 2017_

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| Plus: Amounts billed during the period | | |
| Less: Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| | | |
| Less: Bad Debts (Amount considered uncollectible) | | |
| | | |
| Net Accounts Receivable | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all post-petition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |

FORM MOR-5
(10/00)



**Bank**

America's Most Convenient Bank®

TANJU NUREL DBA NUREL FARMERS MARKET
DIP CASE 17-71200 EDNY
12 PEPI COURT
HAMPTON BAYS NY        11946

| | | 039 / Chapter 11 Checking | 368 |
|---|---|---|---|

| Statement Beginning Balance | | | $0.00 |
|---|---|---|---|
| Plus | 5 | Deposits and Other Credits | $11,676.00 |
| Less | 2 | Checks and Other Debits | $351.05 |
| Statement Balance As Of: 04/30/2017 | | | $11,324.95 |

## Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 03/07/2017 | DEPOSIT | | $226.00 | $226.00 |
| 03/15/2017 | DEPOSIT | | $850.00 | $1,076.00 |
| 03/21/2017 | DEPOSIT | | $4,000.00 | $5,076.00 |
| 04/03/2017 | DEPOSIT | | $4,800.00 | $9,876.00 |
| 04/04/2017 | DEPOSIT | | $1,800.00 | $11,676.00 |
| 04/14/2017 | HARLAND CLARKE  CHK ORDERS | $26.05 | | $11,649.95 |
| 04/25/2017  101 | CHECK | $325.00 | | $11,324.95 |

## Check Transactions

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 101 | 4/25/2017 | $325.00 | | | | | | |