LAW OFFICES

# MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

190 WILLIS AVENUE, MINEOLA, NY 11501

TELEPHONE: (516) 747-0300

FACSIMILE: (516) 747-0653

INTERNET: www.meltzerlippe.com

May 22, 2017

*Video Conference Facilities*

Via ECF

Honorable Alan S. Trust
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, New York 11722

Re:  **In re Tanju Nurel**
     **Case No.: 8-17-71200-ast**

Dear Judge Trust:

We are counsel to 226 East Montauk Highway Corporation, the Landlord to the Debtor. We write to request that the Court schedule an emergency hearing at its earliest convenience to address the Landlord's request under the terms of this Court's April 27th Order for the issuance of a further "Order entered without a hearing" vacating the automatic stay "in its entirety" as to the proceeding pending in the Town of Southampton Justice Court due to the Debtor's failure to comply with that Order. **An emergency hearing is necessary since the latter Court refused last Friday to proceed with the trial scheduled for that date because the automatic stay had not yet been vacated in its entirety**. Your Honor will undoubtedly recall your statement that it was "game over" if, as happened, the Debtor did not produce the insurance policy complying with all of the terms of the parties' 2011 lease as required by the April 27th Order.

The trial in the Southampton Justice Court was adjourned two weeks until June 2, 2017 in order to permit time for this issue to be addressed with your Honor. We thus respectfully request a hearing on this issue at the Court's earliest convenience.

Very truly yours,

Thomas J. McGowan

TJM:dlf
cc:  Alfred M. Dimino, Esq.
     Cooper Macco, Esq.

