LAW OFFICES

# MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

190 WILLIS AVENUE, MINEOLA, NY 11501

TELEPHONE: (516) 747-0300

FACSIMILE: (516) 747-0653

INTERNET: www.meltzerlippe.com

*Video Conference Facilities*

June 1, 2017

**Via ECF**

Honorable Alan S. Trust
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, New York 11722

    Re:    **In re Tanju Nurel**
           **Case No.: 8-17-71200-ast**

Dear Judge Trust:

    We are counsel to 226 East Montauk Highway Corporation, the Landlord to the Debtor. We write to respectfully request again that the Court either issue the further Order called for under the terms of the non-appealed April 27th Order vacating the automatic stay in its entirety "without hearing" so that the Landlord can proceed with trial in the landlord-tenant Court on June 9th or schedule an immediate emergency hearing for the purpose of having this Court issue that Order. We are forced to repeat this request now because the Debtor's counsel is attempting to use this Court's delay in either issuing the Order or scheduling an immediate emergency hearing to delay the landlord-tenant trial. *See* the attached. As this Court stated on the record, if the Debtor did not provide the insurance policy complying with all of the terms of the 2011 Lease between the parties (which he did not), it was "game over". The Landlord incurred significant thousands of dollars in unrecoverable damages the last time the landlord-tenant trial was scheduled but not conducted due to the Court's belief that the stay needs to be vacated in its entirety to do so; it needs the Order provided for under the terms of the April 27th Order before June 9th to prevent it from being further damaged.

                                      Respectfully submitted,

                                      Thomas J. McGowan

TJM:dlf

cc:    Alfred M. Dimino, Esq.
        Cooper Macco, Esq.

