```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :
In re:                                            :
                                                  :
     TANJU NUREL                                  :  Chapter 11
     dba NUREL FARMERS MARKET,                    :
                                                  :  Case No.:  8-17-71200 (ast)
                                    Debtor.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## SECOND ORDER MODIFYING THE AUTOMATIC STAY

On April 27, 2017, this Court entered its Order Granting In Part Motion For Relief From The Automatic Stay (the "First Order") (Docket 27). The parties appeared at an adjourned hearing held on June 21, 2017. After due consideration of the foregoing and all of the facts and circumstances herein, and for the reasons stated on the record, it is

**ORDERED**, that the automatic stay is hereby further vacated in part so that the Southampton Town Justice Court may, in addition to issuing a money judgment in a sum equal to the amount of unpaid rent and additional rent and any other monies, if any, owed to 226 East Montauk Highway Corporation (the "Landlord") as to a certain property made the subject of such dispute (the "Property") up to March 2, 2017, may also issue a warrant of eviction and judgment of possession against Tanju Nurel ("Debtor"); and it is further

**ORDERED**, that Debtor shall provide an adequate protection payment to the Landlord, by bank or certified check in the amount of $7,600.89 representing payment for July, 2017 on or before August 7, 2017 in addition to the requirement to pay utilities previously set forth in this Court's First Order; and it is further

1

**ORDERED**, that by no later than **June 28, 2017**, Debtor shall file an affidavit with supporting documentary evidence concerning all insurance policy(ies) covering the Property; and it is further

**ORDERED**, that by no later than **July 6, 2017**, Debtor shall file an affidavit with supporting documentary evidence that the insurer(s) issuing such policy(ies) is authorized to issue insurance policies and/or otherwise do business in the state of New York; and it is further

**ORDERED**, that the remainder of the Motion is adjourned to **August 2, 2017 at 11:00 am.**



**Dated: June 22, 2017**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**