UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
In re:

TANJU NUREL,
dba NUREL FARMERS MARKET,

                        Debtor.
----------------------------------------------------------- X

Case No.: 17-71200-ast

Chapter 11

## ORDER EXTENDING THE TIME TO ASSUME OR REJECT UNEXPIRED LEASES

Upon the motion (the "Motion") of Tanju Nurel (the "Debtor"), the above-referenced debtor and debtor-in-possession, by and through his counsel, Macco & Stern, LLP, for an order extending the Debtors' time to assume or reject unexpired leases of non-residential real property pursuant to §365 or title 11, United States Code (the "Bankruptcy Code"); and the affidavit of service of the Motion, on file with the Court; and additional service being neither necessary nor required; and the 226 East Montauk Highway Corp. (the "Landlord") having filed an objection (the "Objection") to the Motion; and a hearing on the Motion and Objection having been held before the Court on June 21, 2017 (the "Hearing"); and the Debtor and Landlord having appeared at the Hearing; and good and sufficient cause appearing; and it being in the best interests of the Debtor's creditors; it is hereby

**ORDERED**, that the Motion is granted, in part; and it is further

**ORDERED**, that the time for the Debtor to assume or reject unexpired leases of non-residential real property is extended until **August 9, 2017**; and it is further

**ORDERED**, that the balance of the Motion is adjourned until **August 2, 2017 at 11:00 a.m.**



Dated: June 27, 2017
Central Islip, New York

_____
Alan S. Trust
United States Bankruptcy Judge