UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                                : Case No.: 17-71200-ast
                                                      :
TANJU NUREL,                                          : Chapter 11
dba NUREL FARMERS MARKET,                             :
                                                      :
                        Debtor.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER DIRECTING FURTHER ADEQUATE PROTECTION
PAYMENTS TO BE MADE BY THE DEBTOR**

Upon the Order Granting In Part Motion For Relief From The Automatic Stay (the "Lift Stay Motion") issued by this Court and filed on April 27, 2017 (Docket 27); and the Second Order Modifying The Automatic Stay issued by the Court and filed on June 22, 2017 (Docket 49) and adjourning the balance of the Lift Stay Motion until August 2, 2017 (the "Hearing"); and counsel for Tanju Nurel ("Debtor"), 226 East Montauk Highway Corporation (the "Landlord"), and the Office of the United States Trustee having been heard by the Court at the Hearing; and after due consideration of the foregoing and all of the facts and circumstances herein, it is

**ORDERED**, that the Debtor Tanju Nurel shall provide adequate protection payments to the Landlord, by bank or certified checks, in the amount of $7,600.89 representing payment for August, 2017 on or before September 7, 2017 and $7,600.89 representing payment for September, 2017 on or before October 6, 2017 in addition to the adequate protection payments previously directed by this Court; and it is further

**ORDERED**, that the balance of the Lift Stay Motion is adjourned until **September 20, 2017 at 11:00 a.m.**.



Dated: August 9, 2017
Central Islip, New York

_____
**Alan S. Trust**
**United States Bankruptcy Judge**