UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

                                                                              Case No.: 17-71200-AST

TANJU NUREL,
DBA NUREL FARMERS MARKET                Chapter 11

                                    Debtor.
-------------------------------------------------------------X

## SECOND ORDER EXTENDING DEBTOR'S
## TIME TO ASSUME OR REJECT UNEXPIRED LEASES

Upon the motion (the "Motion") of Tanju Nurel (the "Debtor"), the above-referenced debtor and debtor-in-possession, by and through his counsel, Macco & Stern, LLP, for an order extending the Debtors' time to assume or reject unexpired leases of non-residential real property pursuant to §365 or title 11, United States Code (the "Bankruptcy Code"); and the affidavit of service of the Motion, on file with the Court; and additional service being neither necessary nor required; and the 226 East Montauk Highway Corp. (the "Landlord") having filed an objection (the "Objection") to the Motion; and an initial hearing on the Motion and Objection having been held before the Court on June 21, 2017 (the "First Hearing"); and a second hearing on the Motion and Objection having been held before the Court on August 2, 2017 (the "Second Hearing" and together with the First Hearing, the "Hearings") and the Debtor and Landlord having appeared at the Hearings; and good and sufficient cause appearing; and it being in the best interests of the Debtor's creditors; it is hereby

**ORDERED**, that the Motion is granted, in part; and it is further

**ORDERED**, that the time for the Debtor to assume or reject unexpired leases of non-residential real property is extended until September 22, 2017; and it is further

**ORDERED**, that the balance of the Motion is adjourned until **September 20, 2017 at 11:00 a.m.**



**Dated: August 9, 2017**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**