Macco & Stern LLP
*Attorneys for the Debtor-in-Possession*
2950 Express Drive South, Suite 109
Islandia, New York 11749
(631) 549-7900
Michael J. Macco, Esq.
Cooper J Macco, Esq.

Hearing Date:  September 20, 2017
Time:          11:00 a.m.

Objections Due: September 13, 2017
Time:           5:00 p.m.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:

TANJU NUREL,

                 Debtor.
-----------------------------------------------------------X

Index No. 17-71200 (AST)

Chapter 11

## NOTICE OF DEBTOR'S MOTION TO ASSUME
## AN UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY

**PLEASE TAKE NOTICE,** that, by the motion (the "Motion"), Tanju Nurel (the "Debtor"), the above-referenced debtor and debtor-in-possession, by and through his counsel, Macco & Stern, LLP, will move before the Honorable Alan S. Trust, United States Bankruptcy Judge, Eastern District of New York, at the Courthouse located at 290 Federal Plaza, Central Islip, New York, Room 960, on **September 20, 2017 at 11:00 a.m.,** or as soon thereafter as counsel may be heard, for an order authorizing the Debtor to assume an unexpired lease of non-residential real property.

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the relief sought in the Motion must conform to the Bankruptcy Rules and Local Bankruptcy Rules for the Eastern District of New York, as modified by any administrative orders entered in this case, and be filed with the Bankruptcy Court electronically in accordance with General Order 461, be registered users of the Bankruptcy Court's filing system and, by all other parties in interest, on a 3.5 inch disk, in portable document format (PDF), WordPerfect, Microsoft Word DOS text (ASCII) or a scanned imaged of

the filling, with a hard copy delivered directly to Chambers, and may be served in accordance with General Order 462, and upon (i) counsel to the Debtor, Macco & Stern, LLP, 2950 Express Drive South, Suite 109, Islandia, New York 11749; and (ii) the Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722, so as to be received no later than **September 13, 2017 at 5:00 p.m.**

Dated: August 15, 2017
       Islandia, New York

**MACCO & STERN, LLP**
Attorneys for the Debtor-In-Possession

By: _____
Michael J. Macco
Cooper J Macco
2950 Express Drive South, Suite 109
Islandia, New York 11749
(631) 549-7900