UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

TANJU NUREL,

       Debtor.
------------------------------------------------------------X

Index No. 17-71200 (AST)

Chapter 11

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
          ) s.s.:
COUNTY OF SUFFOLK )

  **COOPER J MACCO**, being duly sworn deposes and says: deponent is not a party to this action, is over 18 years of age and resides in Huntington, New York.

  On August 15, 2017 deponent served the within:

- **NOTICE OF DEBTOR'S MOTION TO ASSUME AN UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY**
- **DEBTOR'S MOTION TO ASSUME AN UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY**
- **ORDER GRANTING DEBTOR'S MOTION TO ASSUME AN UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY**

upon the following parties at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

TO: **LANDLORD AND LANDLORD'S ATTORNEY**
   Thomas J. McGowan, Esq.
   Meltzer, Lippe, Goldstein & Breitsone, LLP
   190 Willis Avenue
   Mineola, NY 11501

   226 East Montauk Highway Corporation
   427 East 74th Street
   New York, New York 10021

**OFFICE OF THE UNITED STATES TRUSTEE**
Office of the U.S. Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, NY  11722

_____
COOPER J MACCO

Sworn to before me this
15th day of August, 2017

_____
NOTARY PUBLIC

SANIYYAH S. GREENE
Notary Public, State of New York
NO. 01GR6172195
Qualified in Suffolk County
Commission Expires August 6, 2019