# UNITED STATES BANKRUPTCY COURT
_EASTERN_ DISTRICT OF _NEW YORK_

IN RE:

TANJU NUREL

**DEBTOR.**

CASE NUMBER: 17-71200 (AST)

JUDGE Alan S. Trust

**CHAPTER 11**

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM August 1, 2017 TO August 31, 2017

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 9/26/17

Attorney for Debtor

Debtor's Address
and Phone Number:
12 Pepi Ct
Hampton Bays NY, 11946

Tel. _____

Attorney's Address
and Phone Number:
2950 Express Dr, Ste 109
Islandia, NY 11749

Bar No. _____
Tel. 631 549 7900 x315

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee.
Monthly Operating Reports must be filed by the 20th day of the following month.

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | 17-.71200 (AST) |
| Case Number: | Tanju Nurel |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this repo.

| | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $376.31 | |
| CASH- Beginning of Month (Business) | | |
| | | |
| Total Household Receipts | $9,113.75 | |
| Total Business Receipts | | |
| **Total Receipts** | | |
| | | |
| Total Household Disbursements | $9,213.39 | |
| Total Business Disbursements | | |
| **Total Disbursements** | | |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | | |
| | | |
| CASH- End of Month (Individual) | $276.67 | |
| CASH- End of Month (Business) | | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | $9,213.39 | |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | $9,213.39 | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 26 day of September 20 17

Debtor's Signature

# SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | 376.31 | |
|  | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | |
| Wages from Other Sources (attach list to this report) | $1,371.00 | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) TAM-NY Rent | $7,742.75 | |
| **TOTAL RECEIPTS** | $9,113.75 | |
|  | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | | |
| Household Repairs & Maintenance | | |
| Insurance | $72.00 | |
| IRA Contribution | | |
| Lease/Rent Payments | $7,600.89 | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $500.00 | |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | $325.00 | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) Bank Fees | $30.00 | |
| Chargeback from Deposit | $685.50 | |
|  | | |
| **Total Household Disbursements** | $9,213.39 | |
|  | | |
| CASH - End of Month (Must equal reconciled bank statement-Attachment No. 2) | $276.67 | |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month |  |  |
|  |  |  |
| **BUSINESS CASH RECEIPTS** |  |  |
| Cash Sales |  |  |
| Account Receivable Collection |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Rental Income |  |  |
| Sale of Business Assets (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  |  |
|  |  |  |
| **Total Business Receipts** |  |  |
|  |  |  |
| **BUSINESS CASH DISBURSEMENTS** |  |  |
| Net Payroll (Excluding Self) |  |  |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) |  |  |
| Taxes - Payroll |  |  |
| Taxes - Sales |  |  |
| Taxes Other (attach schedule) |  |  |
| Contract Labor (Subcontractors) |  |  |
| Inventory Purchases |  |  |
| Secured/Lease Payments (Business) |  |  |
| Utilities (Business) |  |  |
| Insurance |  |  |
| Vehicle Expenses |  |  |
| Travel & Entertainment |  |  |
| Repairs and Maintenance |  |  |
| Supplies |  |  |
| Charitable Contributions/Gifts |  |  |
| Purchase of Fixed Assets |  |  |
| Advertising |  |  |
| Bank Charges |  |  |
| Other (attach schedule) |  |  |
|  |  |  |
| **Total Business Disbursements** |  |  |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) |  |  |

MONTHLY OPERATING REPORT -
INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | ✓ |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | ✓ |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 5. | Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. | Are any post-petition payroll taxes past due? | | ✓ |
| 7. | Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. | Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. | Are any post-petition real estate taxes past due? | | ✓ |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. | Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | ✓ | |
| 2. | Are all premium payments current? | ✓ | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY        and        CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | |
| | | | |
| | | | |
| | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:




Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD Bank | | | |
| Account Number: | XX0368 | | | |
| Purpose of Account (Business/Personal) | Personal | | | |
| Type of Account (e.g. checking) | Checking | | | |
| | | | | |
| 1. **Balance per Bank Statement** | | | | |
| 2. **ADD:** Deposits not credited (attach list to this report) | | | | |
| 3. **SUBTRACT:** Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. **Month End Balance** (Must Agree with Books) | $276.67 | | | |
| TOTAL OF ALL ACCOUNTS | | | $ | |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3A

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | TD Bank |
|---|---|
| Account Number | XX 0368 |
| Purpose of Account (Personal) | Personal |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 104 | 8/7/17 | UST | Qurtrly fees | 325 |
| 105 | 8/18/17 | Suffolk Water | Water (B.11 (Home) | 500 |
| 1064 | 8/21/17 | Fidelis | Health Insurance | 72.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ 897.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3B**

### CASH DISBURSEMENTS DETAILS - BUSINESS

| | |
|---|---|
| Name of Bank | |
| Account Number | |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -
INDIVIDUAL**

**ATTACHMENT NO. 3C**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

**ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus: Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| **Total Accounts Receivable**** | | |

\* **Attach explanation of any adjustment or writeoff.**

\*\* **The "current month" of these two lines must equal.**

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| **Total Federal Taxes** | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| **Total State & Local Taxes** | | |
| **Total Post-Petition Taxes** | | |

\*   The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\*  Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

ATTACHMENT NO. 5

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| Accounts Payable Beginning Balance* | | | |
| Plus: New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

\*   The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

 **Bank**

America's Most Convenient Bank®

T    **STATEMENT OF ACCOUNT**



000168370 01 AV    0.370  MTD01040090217112390 0010 19 13
TANJU NUREL DBA NUREL FARMERS MARKET
DIP CASE 17-71200 EDNY
12 PEPI COURT
HAMPTON BAYS NY  11946

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Aug 01 2017-Aug 31 2017 |
| Cust Ref #: | 4338360368-039-T-### |
| Primary Account #: | |

## Chapter 11 Checking

TANJU NUREL DBA NUREL FARMERS MARKET
DIP CASE 17-71200 EDNY

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 376.31 | Average Collected Balance | 329.51 |
| Deposits | 9,113.75 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 897.00 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 8,316.39 | Days in Period | 31 |
| Ending Balance | 276.67 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/07 | DEPOSIT | 342.75 |
| 08/15 | DEPOSIT | 342.75 |
| 08/21 | DEPOSIT | 685.50 |
| 08/30 | DEPOSIT | 7,342.75 |
| 08/30 | DEPOSIT | 400.00 |
| | Subtotal: | 9,113.75 |

**Checks Paid**    No. Checks: 3    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/07 | 104 | 325.00 | 08/21 | 1064* | 72.00 |
| 08/18 | 105 | 500.00 | | | |
| | | | | Subtotal: | 897.00 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/23 | DEP RETURN CHARGEBACK | 342.75 |
| 08/23 | DEP RETURN CHARGEBACK | 342.75 |
| 08/23 | DEP RETURN FEE | 15.00 |
| 08/23 | DEP RETURN FEE | 15.00 |
| 08/30 | DEBIT | 7,600.89 |
| | Subtotal: | 8,316.39 |



**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

TANJU NUREL DBA NUREL FARMERS MARKET
DIP CASE 17-71200 EDNY

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Aug 01 2017-Aug 31 2017 |
| Cust Ref #: | 4338360368-039-T-### |
| Primary Account #: | |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 376.31 | 08/21 | 850.31 |
| 08/07 | 394.06 | 08/23 | 134.81 |
| 08/15 | 736.81 | 08/30 | 276.67 |
| 08/18 | 236.81 | | |



**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

August 01, 2017 through August 31, 2017

Account Number:



00035033 DRE 802 219 24917 NNNNNNNNNNN 1 000000000 D2 0000
TAM-NY INC
DBA NUREL'S FARMERS MARKET
12 PEPI CT
HAMPTON BAYS NY 11946-1992

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## We updated our Deposit Account Agreement

On August 27, 2017, we published an updated version of our Deposit Account Agreement.

You can get the latest Deposit Account Agreement at chase.com/disclosures, at a branch or by request when you call us. Please review the Overdrafts section (General Account Terms, Section C) where we have added language to explain that we rely on transaction coding sent to us by the merchant or third party to determine whether a transaction is everyday or recurring.

Please call us at the number on this statement if you have any questions.

## CHECKING SUMMARY    Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **-$1,567.40** |
| Deposits and Additions | 74 | 131,009.64 |
| Checks Paid | 74 | -97,570.95 |
| ATM & Debit Card Withdrawals | 36 | -14,666.45 |
| Electronic Withdrawals | 13 | -12,506.38 |
| Other Withdrawals | 2 | -5,000.00 |
| Fees | 2 | -918.95 |
| **Ending Balance** | **201** | **-$1,220.49** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | Bankcard-1205   Btot Dep   530961280020595 CCD ID: 8592126793 | $2,553.05 |
| 08/01 | Bankcard-1205   Btot Dep   530961280020595 CCD ID: 8592126793 | 2,009.05 |
| 08/01 | Bankcard-1205   Btot Dep   530961280020595 CCD ID: 8592126793 | 55.61 |
| 08/02 | Bankcard-1205   Btot Dep   530961280020595 CCD ID: 8592126793 | 1,900.34 |
| 08/02 | Bankcard-1205   Btot Dep   530961280020595 CCD ID: 8592126793 | 926.32 |
| 08/03 | Bankcard-1205   Btot Dep   530961280020595 CCD ID: 8592126793 | 2,059.15 |
| 08/03 | Bankcard-1205   Btot Dep   530961280020595 CCD ID: 8592126793 | 345.24 |
| 08/04 | Bankcard-1205   Btot Dep   530961280020595 CCD ID: 8592126793 | 2,083.61 |
| 08/04 | Bankcard-1205   Btot Dep   530961280020595 CCD ID: 8592126793 | 245.54 |
| 08/07 | Bankcard-1205   Btot Dep   530961280020595 CCD ID: 8592126793 | 3,575.88 |
| 08/07 | Bankcard-1205   Btot Dep   530961280020595 CCD ID: 8592126793 | 3,254.20 |
| 08/07 | Bankcard-1205   Btot Dep   530961280020595 CCD ID: 8592126793 | 3,087.40 |



August 01, 2017 through August 31, 2017

Account Number:

## DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|--|--|-------:|
| 08/07 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 2,888.00 |
| 08/07 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 2,762.73 |
| 08/07 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 603.32 |
| 08/08 | Deposit | | | 200.00 |
| 08/08 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 2,789.37 |
| 08/08 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 2,260.79 |
| 08/09 | Deposit    913760274 | | | 300.00 |
| 08/09 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 1,519.13 |
| 08/09 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 916.77 |
| 08/10 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 1,793.22 |
| 08/10 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 554.09 |
| 08/11 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 2,166.35 |
| 08/11 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 1,022.57 |
| 08/14 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 3,919.31 |
| 08/14 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 3,381.92 |
| 08/14 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 2,662.15 |
| 08/14 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 2,379.66 |
| 08/14 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 2,204.47 |
| 08/14 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 1,262.28 |
| 08/15 | Deposit | | | 1,220.67 |
| 08/15 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 2,210.78 |
| 08/15 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 2,155.16 |
| 08/16 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 1,936.10 |
| 08/16 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 999.85 |
| 08/17 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 1,597.00 |
| 08/17 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 391.80 |
| 08/18 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 2,638.82 |
| 08/18 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 715.36 |
| 08/21 | Card Purchase Return    08/20 Amazon Mktplace Prnts Amzn.Com/Bill WA Card 6247 | | | 36.92 |
| 08/21 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 4,334.60 |
| 08/21 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 3,943.98 |
| 08/21 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 2,295.79 |
| 08/21 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 1,986.84 |
| 08/21 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 1,859.75 |
| 08/21 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 1,832.97 |
| 08/22 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 2,881.53 |
| 08/22 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 2,311.24 |
| 08/23 | Deposit | | | 1,022.90 |
| 08/23 | Deposit | | | 1,000.00 |
| 08/23 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 2,147.55 |
| 08/23 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 951.97 |
| 08/23 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 21.97 |
| 08/24 | Deposit | | | 300.00 |
| 08/24 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 1,259.31 |
| 08/24 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 411.10 |
| 08/25 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 1,717.99 |
| 08/25 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 1,204.22 |
| 08/28 | Deposit | | | 1,800.00 |
| 08/28 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 4,258.11 |
| 08/28 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 2,924.97 |
| 08/28 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 2,758.74 |



August 01, 2017 through August 31. 2017

Account Number:



# DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|---|---|--------|
| 08/28 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 2,606.68 |
| 08/28 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 2,436.68 |
| 08/28 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 1,520.36 |
| 08/28 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 33.48 |
| 08/29 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 2,282.53 |
| 08/29 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 2,139.72 |
| 08/30 | Deposit | | | 47.44 |
| 08/30 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 2,029.79 |
| 08/30 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 1,025.15 |
| 08/31 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 1,053.97 |
| 08/31 | Bankcard-1205 | Btot Dep | 530961280020595 CCD ID: 8592126793 | 1,024.33 |

**Total Deposits and Additions** **$131,009.64**

# CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 1903 ^ | | 08/01 | $2,180.92 |
| 1982 * ^ | | 08/01 | 390.22 |
| 1983 ^ | | 08/07 | 602.00 |
| 1984 ^ | | 08/08 | 480.00 |
| 1985 ^ | | 08/02 | 352.75 |
| 1986 ^ | | 08/07 | 303.70 |
| 1987 ^ | | 08/07 | 1,540.40 |
| 1990 * ^ | | 08/07 | 5,000.00 |
| 1991 ^ | | 08/07 | 4,788.00 |
| 1992 ^ | 08/04 | 08/04 | 3,000.00 |
| 1993 ^ | | 08/07 | 500.00 |
| 1994 ^ | | 08/08 | 275.00 |
| 1995 ^ | | 08/08 | 344.92 |
| 1996 ^ | 08/09 | 08/09 | 100.00 |
| 1997 ^ | | 08/09 | 352.00 |
| 1998 ^ | | 08/14 | 1,110.00 |
| 1999 ^ | | 08/10 | 291.30 |
| 2000 ^ | | 08/18 | 248.00 |
| 2001 ^ | | 08/23 | 4,486.00 |
| 2002 ^ | | 08/28 | 198.00 |
| 2003 ^ | | 08/28 | 429.43 |
| 2004 ^ | | 08/28 | 414.00 |
| 2005 ^ | | 08/28 | 1,305.06 |
| 2006 ^ | | 08/25 | 2,500.00 |
| 2007 ^ | | 08/28 | 3,000.00 |
| 2008 ^ | | 08/28 | 3,000.00 |
| 2009 ^ | | 08/28 | 690.00 |
| 2010 ^ | | 08/25 | 386.25 |
| 2011 ^ | | 08/30 | 190.20 |
| 2012 ^ | | 08/29 | 2,500.00 |
| 2013 ^ | | 08/31 | 803.50 |
| 2014 ^ | | 08/30 | 394.98 |
| 2016 * ^ | | 08/31 | 1,500.00 |
| 2017 ^ | 08/30 | 08/30 | 7,000.00 |

 CHASE ⬡

August 01, 2017 through August 31, 2017

Account Number:

## CHECKS PAID  *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 3481  * ^ | | 08/11 | 3,622.00 |
| 3482  ^ | | 08/14 | 5,000.00 |
| 3483  ^ | | 08/14 | 5,000.00 |
| 3484  ^ | | 08/22 | 360.00 |
| 3485  ^ | | 08/18 | 429.43 |
| 3486  ^ | | 08/17 | 1,276.00 |
| 3487  ^ | | 08/16 | 446.77 |
| 3488  ^ | | 08/21 | 1,573.00 |
| 3583  * ^ | | 08/21 | 4,386.00 |
| 3584  ^ | | 08/18 | 2,500.00 |
| 3585  ^ | | 08/21 | 5,000.00 |
| 3586  ^ | | 08/21 | 2,210.45 |
| 3588  * ^ | | 08/22 | 1,130.00 |
| 3590  * ^ | | 08/29 | 1,500.00 |
| 3591  ^ | | 08/24 | 441.63 |
| 5173  * ^ | | 08/21 | 1,318.51 |
| 5188  * ^ | | 08/21 | 313.38 |
| 5206  * ^ | | 08/01 | 367.01 |
| 5207  ^ | | 08/07 | 342.75 |
| 5208  ^ | | 08/07 | 1,318.51 |
| 5209  ^ | | 08/07 | 313.38 |
| 5210  ^ | | 08/09 | 367.01 |
| 5211  ^ | | 08/14 | 166.21 |
| 5212  ^ | | 08/08 | 166.21 |
| 5213  ^ | | 08/07 | 166.21 |
| 5214  ^ | | 08/15 | 342.75 |
| 5215  ^ | | 08/15 | 1,318.50 |
| 5216  ^ | | 08/15 | 313.38 |
| 5217  ^ | | 08/15 | 367.01 |
| 5218  ^ | | 08/14 | 166.21 |
| 5219  ^ | | 08/14 | 166.21 |
| 5220  ^ | | 08/14 | 166.21 |
| 5222  * ^ | | 08/22 | 1,318.51 |
| 5224  * ^ | | 08/22 | 367.02 |
| 5225  ^ | | 08/28 | 166.21 |
| 5227  * ^ | | 08/24 | 166.21 |
| 5228  ^ | | 08/30 | 342.75 |
| 5229  ^ | | 08/28 | 1,318.50 |
| 5230  ^ | | 08/28 | 313.38 |
| 5231  ^ | | 08/29 | 367.01 |

**Total Checks Paid**                                                  **$97,570.95**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



August 01, 2017 through August 31, 2017

Account Number:

## ATM & DEBIT CARD WITHDRAWALS



| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 08/01 | Card Purchase | 07/30 Restaurant Depot Bohemia NY Card 6247 | $1,108.27 |
| 08/02 | Card Purchase | 08/01 IN *Blue Duck Bread CO 631-6294125 NY Card 6247 | 464.60 |
| 08/03 | Card Purchase | 08/01 Restaurant Depot Bohemia NY Card 6247 | 952.54 |
| 08/03 | Card Purchase With Pin | 08/03 Sams Club #6428 Medford NY Card 6247 | 27.30 |
| 08/03 | Card Purchase With Pin | 08/03 Restaurant Depot Bohemia NY Card 6247 | 425.66 |
| 08/07 | Card Purchase | 08/05 Angora Food Market Medford NY Card 6247 | 431.17 |
| 08/08 | Card Purchase | 08/07 Speedway 07727 Manorville NY Card 6247 | 62.00 |
| 08/10 | Card Purchase | 08/08 Restaurant Depot Bohemia NY Card 6247 | 590.01 |
| 08/11 | Card Purchase | 08/10 IN *Blue Duck Bread CO 631-6294125 NY Card 6247 | 369.85 |
| 08/14 | Card Purchase | 08/10 Restaurant Depot Bohemia NY Card 6247 | 905.01 |
| 08/14 | Card Purchase | 08/11 Speedway 07727 Manorville NY Card 6247 | 26.20 |
| 08/14 | Card Purchase | 08/11 Restaurant Depot Bohemia NY Card 6247 | 526.22 |
| 08/14 | Card Purchase With Pin | 08/14 Shell Service Station Hampton Bays NY Card 6247 | 20.00 |
| 08/14 | Card Purchase With Pin | 08/14 Goodluck Calverton, IN Calverton NY Card 6247 | 41.00 |
| 08/14 | Card Purchase With Pin | 08/14 Sams Club #6428 Medford NY Card 6247 | 28.75 |
| 08/15 | Card Purchase | 08/13 Restaurant Depot Bohemia NY Card 6247 | 102.69 |
| 08/16 | Card Purchase With Pin | 08/16 Restaurant Depot Bohemia NY Card 6247 | 1,585.92 |
| 08/17 | Card Purchase With Pin | 08/17 626 Gas Corp Riverhead NY Card 6247 | 18.50 |
| 08/17 | Card Purchase With Pin | 08/17 Sams Club #6428 Medford NY Card 6247 | 28.70 |
| 08/21 | Card Purchase | 08/17 Angora Food Market Medford NY Card 6247 | 331.25 |
| 08/21 | Card Purchase | 08/18 IN *Blue Duck Bread CO 631-6294125 NY Card 6247 | 543.90 |
| 08/21 | Card Purchase With Pin | 08/19 Restaurant Depot Bohemia NY Card 6247 | 1,570.33 |
| 08/21 | Card Purchase With Pin | 08/20 Shell Service Station Hampton Bays NY Card 6247 | 15.00 |
| 08/21 | Card Purchase With Pin | 08/21 Lotus Management Corp. Islandia NY Card 6247 | 21.90 |
| 08/21 | Card Purchase With Pin | 08/21 Restaurant Depot Bohemia NY Card 6247 | 759.97 |
| 08/22 | Card Purchase With Pin | 08/22 Wal Sam's Club     012 Medford NY Card 6247 | 387.03 |
| 08/25 | Card Purchase | 08/24 IN *Blue Duck Bread CO 631-6294125 NY Card 6247 | 339.90 |
| 08/25 | Card Purchase With Pin | 08/25 Goodluck Calverton, IN Calverton NY Card 6247 | 50.00 |
| 08/25 | Card Purchase With Pin | 08/25 Restaurant Depot Bohemia NY Card 6247 | 1,148.30 |
| 08/28 | Card Purchase With Pin | 08/28 Wal Wal-Mart Store 941 Riverhead NY Card 6247 | 23.88 |
| 08/28 | Card Purchase With Pin | 08/28 Kings Calverton C- Sto Calverton NY Card 6247 | 22.39 |
| 08/28 | Recurring Card Purchase 08/27 Amazonprime Membersh Amzn.Com/Prme WA Card 6247 | | 107.54 |
| 08/30 | Card Purchase With Pin | 08/30 Wal Sam's Club     420 Medford NY Card 6247 | 184.81 |
| 08/30 | Card Purchase With Pin | 08/30 Samsclub #6428 Medford NY Card 6247 | 15.81 |
| 08/30 | Card Purchase With Pin | 08/30 Restaurant Depot Bohemia NY Card 6247 | 1,380.05 |
| 08/31 | Card Purchase With Pin | 08/31 Goodluck Calverton, IN Calverton NY Card 6247 | 50.00 |

**Total ATM & Debit Card Withdrawals**                                                                        **$14,666.45**

## ATM & DEBIT CARD SUMMARY

Tanju Nurel  Card 6247

|  |  |
|--|--|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $14,666.45 |
| Total Card Deposits & Credits | $36.92 |

ATM & Debit Card Totals

|  |  |
|--|--|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $14,666.45 |
| Total Card Deposits & Credits | $36.92 |



August 01, 2017 through August 31, 2017

Account Number:

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/01 | Nys Dol Ui      Tax Paymnt 000000021995299 CCD ID: Q146013200 | $371.47 |
| 08/02 | Paymentech      Fee      5330621      CCD ID: 1020401225 | 7.50 |
| 08/07 | Nys Dtf Wt      Tax Paymnt 000000021871496 CCD ID: S146013200 | 562.66 |
| 08/07 | Vz Wireless Ve  Vzw Webpay 8410129      Web ID: 0000751800 | 410.73 |
| 08/08 | Bankcard-1205    Btot ADJ  530961280020595 CCD ID: 8592126793 | 3,012.30 |
| 08/08 | Ipfs866-412-2563 Ipfspmtnya 66510      CCD ID: 4331659615 | 326.66 |
| 08/09 | Transfer To Chk Xxxxxx0492 | 300.00 |
| 08/09 | Lipa      Selfpayivr 0384401042      Tel ID: 1563585003 | 1,622.07 |
| 08/14 | Bankcard-1205    Btot Dep  530961280020595 CCD ID: 8592126793 | 19.88 |
| 08/15 | Irs      Usataxpymt 270762791163792 CCD ID: 3387702000 | 3,727.69 |
| 08/18 | Nissan      Auto Lease 25007190794      Web ID: 9782456005 | 1,445.42 |
| 08/21 | 08/21 Online Payment 6458163564 To Nissan Motor Acceptance Corp | 350.00 |
| 08/28 | 08/28 Online Payment 6473750293 To Nissan Motor Acceptance Corp | 350.00 |
| **Total Electronic Withdrawals** | | **$12,506.38** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/14 | 08/14 Withdrawal | $3,000.00 |
| 08/23 | 08/23 Withdrawal | 2,000.00 |
| **Total Other Withdrawals** | | **$5,000.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/03 | Service Charges For The Month of July | $895.00 |
| 08/15 | Check OR Supply  Order      PPD ID: 1410216800 | 23.95 |
| **Total Fees** | | **$918.95** |

You were charged a monthly service fee of $30.00 this period. You can avoid this fee in the future by maintaining a relationship balance (combined business deposits) of $35,000.00. Your relationship balance was $367.00.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 08/01 | -$1,367.58 | 08/11 | 1,200.25 | 08/23 | -1,455.27 |
| 08/02 | 634.23 | 08/14 | 668.14 | 08/24 | -92.70 |
| 08/03 | 738.12 | 08/15 | 58.78 | 08/25 | -1,594.94 |
| 08/04 | 67.27 | 08/16 | 962.04 | 08/28 | 5,405.69 |
| 08/07 | -40.71 | 08/17 | 1,627.64 | 08/29 | 5,460.93 |
| 08/08 | 542.36 | 08/18 | 358.97 | 08/30 | -945.29 |
| 08/09 | 537.18 | 08/21 | -1,743.87 | 08/31 | -1,220.49 |
| 08/10 | 2,003.18 | 08/22 | -113.66 | | |



August 01, 2017 through August 31, 2017
Account Number:

## SERVICE CHARGE SUMMARY



| | | |
|---|---|---|
| Maintenance Fee | $30.00 | |
| Excess Product Fees | $0.00 | |
| Other Service Charges | $918.00 | |
| **Total Service Charges** | **$948.00** | Will be assessed on 9/6/17 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 123 |
| Deposits / Credits | 73 |
| Deposited Items | 4 |
| **Total Transactions** | **200** |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Your Product Includes: | | | | | |
| **ACCOUNT 000000974969180** | | | | | |
| Monthly Service Fee | 1 | | | $30.00 | $30.00 |
| Transactions | 200 | 250 | 0 | $0.00 | $0.00 |
| Cash Deposited | | | | | |
| Branch Deposit - Immediate Verification | $4,350 | $20,000 | $0 | $0.0025 | $0.00 |
| **Subtotal** | | | | | **$30.00** |
| **Other Fees** | | | | | |
| Branch Order - Coin Roll | 139 | 0 | 139 | $0.00 | $0.00 |
| Insufficient Funds/Overdraft Item Retd | 7 | 0 | 7 | $34.00 | $238.00 |
| Insufficient Funds/Overdraft Item Paid | 20 | 0 | 20 | $34.00 | $680.00 |
| **Total Service Charge (Will be assessed on 9/6/17)** | | | | | **$948.00** |
| **ACCOUNT 000000974969180** | | | | | |
| Monthly Service Fee | 1 | | | | |
| Transactions | 200 | | | | |
| Cash Deposited | | | | | |
| Branch Deposit - Immediate Verification | $4,350 | | | | |
| Branch Order - Coin Roll | 139 | | | | |
| Insufficient Funds/Overdraft Item Retd | 7 | | | | |
| Insufficient Funds/Overdraft Item Paid | 20 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**



August 01, 2017 through August 31, 2017
Account Number:

This Page Intentionally Left Blank