UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                                    Case No.: 17-71200-ast

TANJU NUREL,                                              Chapter 11
dba NUREL FARMERS MARKET,

                                  Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## SUPPLEMENTAL ORDER DIRECTING FURTHER ADEQUATE PROTECTION PAYMENTS TO BE MADE BY THE DEBTOR

      Tanju Nurel ("Debtor") filed for chapter 11 relief on March 2, 2017. At that time, Debtor claimed rights under a nonresidential lease of real property located at 226 East Montauk Highway, Hampton Bays, New York (the "Property"), and was a party to a state court action concerning, *inter alia*, termination of Debtor's right to use and possession of the Property. Landlord, 226 East Montauk Highway Corporation, has opposed Debtor's post-petition use and possession of the Property and has sought relief from the automatic stay to proceed with its state court action against Debtor and to obtain exclusive use and possession of the Property. As adequate protection of Landlord's interest in such Property, this Court has issued Orders on April 27, 2017 [dkt item 27], June 22, 2017 [dkt item 49], and August 9, 2017 [dkt item 56], which provided for, among other things, Debtor to make adequate protection payments to Landlord in the sum of $7,600.89 per month.

      Following hearings held on September 25, 2017, and by motion filed October 11, 2017, Landlord has now requested additional adequate protection [dkt item 71], to which Debtor filed a timely response. [dkt item 76]

      After due consideration of the foregoing and all of the facts and circumstances herein, it is

1

**ORDERED**, that the Debtor Tanju Nurel shall provide adequate protection payments to the Landlord, by bank or certified checks, in the following amounts: as base rent, the amount of $7,600.89 which may be immediately deposited by Landlord, and for tax escrows to be held pending further Order of the Court, the additional amount of $1,527.27 per month, for a total of **$9,128.16** for the months of October, November and December 2017, as well as January and February 2018, with each payment due on the 6th day of each month hereunder (October payment due by November 6, 2017); the $7,600.89 monthly payments and the additional adequate protection in the form of tax escrows, as well as all previously ordered adequate protection payments are paid solely pursuant to Section 361 of the Bankruptcy Code; and it is further

**ORDERED**, that any additional consideration of adequate protection is adjourned from November 15, 2017 until **February 21, 2018 at 11:00 a.m.**



**Dated: October 24, 2017**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**