STATE OF NEW YORK: COUNTY OF SUFFOLK
SOUTHAMPTON TOWN JUSTICE COURT
-------------------------------------------------------------------X
226 EAST MONTAUK HIGHWAY CORPORATION

                    Petitioner-Landlord,

        -against-

TANJU NUREL

                  Respondent-Tenant,

    and

NUREL FARMSTAND, LLC and "XYZ Corp."

             Respondents-Undertenants.

Name of undertenant "XYZ Corp." is
fictitious and unknown to Petitioner.
The persons being whomever is in
possession of the premises described
herein.
-------------------------------------------------------------------X

Docket No.: 16-100044

**MONEY JUDGMENT AND
JUDGMENT OF POSSESSION**

Upon the reading and filing of Petitioner 226 East Montauk Highway Corporation's ("Petitioner") Notice of Verified Nonpayment Petition dated September 26, 2016; and upon Petitioner's Verified Nonpayment Petition dated September 26, 2016, as amended to conform to the proof offered during the non-jury trial; and upon all exhibits annexed thereto; and upon all papers and proceedings heretofore had herein; and the non-jury trial of this matter having been conducted before this Court (Honorable Andrea H. Schiavoni) on September 8, 2017, September 20, 2017, December 20, 2017 and December 21, 2017, and after due deliberation having been had thereon as to the testimony and exhibits introduced into evidence at trial, it is

**ORDERED, ADJUDGED AND DECREED**, that Petitioner 226 East Montauk Highway Corporation, owner and landlord of the subject premises located at 226 East Montauk Highway, Hampton Bays, New York 11946 (the "Premises"), do recover from Tanju Nurel, commercial tenant of the Premises, who maintains a permanent residence at 12 Pepi Court,

Hampton Bays, New York 11946, a money judgment in the total sum of $392,031.35, the

amount claimed, and that Petitioner have execution thereon; and it is further

      ORDERED, ADJUDGED AND DECREED that possession of the Premises described

in the Verified Nonpayment Petition be granted to the Petitioner; and it is further

      ORDERED, ADJUDGED AND DECREED that a warrant of eviction issue without

stay.

Dated: December 22, 2017              ENTER,

                                                                       _____
                                          HON. ANDREA H. SCHIAVONI
                                          TOWN JUSTICE

Judgment in the total amount of $392,031.35 is entered this 22 day of December, 2017 at
__11:00__ a.m. in the Town of Southampton Justice Court, 32 Jackson Avenue, Hampton Bays,
New York 11946 IN THE STATE OF NEW YORK.

                                _____
                              Clerk:

820514                           2