UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
In re:

TANJU NUREL
dba Nurel Farmers Market,

                               Debtor.
------------------------------------------------------------- X

Case No. 17-71200-AST

Chapter 11

## ORDER DISMISSING CHAPTER 11 CASE

Upon the motion (the "Motion") of Tanju Nurel (the "Debtor"), the above-referenced debtor and debtor-in-possession, by and through his counsel, Macco & Stern, LLP, for an order dismissing the Debtor's chapter 11 case and the affidavit of service of the Motion, on file with the Court; and additional service being neither necessary nor required; and the 226 East Montauk Highway Corp. (the "Landlord") having filed an objection (the "Objection") to the Motion; and a hearing on the Motion and Objection having been held before the Court on February 21, 2018 (the "Hearing"); and the Debtor and Landlord having appeared at the Hearing; and the Debtor having submitted an affidavit of Cooper J Macco, Esq., in further support of the Motion; and good and sufficient cause appearing; and it being in the best interests of the Debtor's creditors; it is hereby

**ORDERED**, that the Debtor's Chapter 11 Case is dismissed; and it is further

**ORDERED,** that Clerk of the Court shall close the Debtor's above-referenced Chapter 11 Case; and it is further

**ORDERED**, that the Debtor, its landlord or their agents, assigns, or successor in interest, may take any and all action under applicable law to exercise its remedies in accordance with this Order.

**NO OBJECTION:**

*s/ Alfred M. Dimino*
**Office of the United States Trustee**

**ORDERED, that the above-captioned case is dismissed pursuant to 11 U.S.C. § 109(g)(2) for a period of 180 days from the entry of this Order.**



Dated: March 16, 2018
Central Islip, New York

_____
**Alan S. Trust**
**United States Bankruptcy Judge**